# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK RATAJ, | Case No. CV 16-2974-GW(JEMx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; STANDARD INSURANCE COMPANY, | |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-02974 GW (JEMx), is dismissed in its entirety as to Standard Insurance Company, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: May 10, 2017

_____
Hon. George H. Wu
United States District Judge